UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

T. Bryan's World Famous Soup Co.,

Plaintiff,

v.

Profile Foods, Inc. and John Spence,

Defendants.

Civil No. 01-735 JMR/FLN

PRETRIAL SCHEDULE

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

   a. All motions which seek to amend the pleadings or add parties must be served by October 1, 2001.

   b. All discovery shall be commenced in time to be completed by December 1, 2001.

   c. No more than 25 interrogatories, including all discrete subparts, shall be served by any party.

   d. No more than 30 Requests for Admission shall be served by any party.

   e. No more than 25 Document Requests shall be served by any party.

   f. No more than 6 depositions shall be taken by any party.

JUL 6 2001
FILED ____
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ____
DEPUTY CLERK'S INITIALS ____

g. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by March 1, 2002. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. <u>Expert Disclosure and Discovery</u>:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By Plaintiff(s) on or before December 17, 2001.

2) By Defendant(s) on or before January 17, 2002.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By plaintiff(s) on or before January 1, 2002.

2) By defendant(s) on or before February 1, 2002.

c. Each party may depose no more than 2 expert witnesses on or before March 1, 2002.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. <u>Dispositive Motions</u>:

a. All dispositive motions shall be filed and scheduled for hearing prior to June 1, 2002.

b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Larry Lewis at 612-664-5053.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

4. Trial

a. This case shall be ready for trial on and after July 1, 2002, at which time it will be placed on the court's non-jury trial calendar.

b. Trial is estimated to last 2-3 trial days.

DATED: July 5, 2001.

FRANKLIN L. NOEL
Chief Magistrate Judge