UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

T. Bryan's World Famous Soup Company,

Plaintiff,

v.

Profile Foods, Inc. and John Spence,

Defendants.

No. 01-CV-735 JMR/FLN

**ORDER GRANTING DEFENDANT PROFILE LEAVE TO SERVE AND FILE AMENDED ANSWER AND COUNTERCLAIMS**

Based upon the stipulation of the parties, **IT IS HEREBY ORDERED** that defendant Profile Foods, Inc. shall be permitted to amend its answer to plaintiff's complaint in accordance with the parties' stipulation.

Dated: Oct 1, 2001

Hon. Franklin L. Noel
United States Magistrate Judge

OCT 2 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

T. Bryan's World Famous Soup Company,

Plaintiff,

v.

Profile Foods, Inc. and John Spence,

Defendants.

No. 01-CV-735 JMR/FLN

**STIPULATION FOR LEAVE TO SERVE AND FILE AMENDED ANSWER AND COUNTERCLAIMS**

**WHEREAS**, defendant Profile Foods, Inc. ("Profile") served its answer to plaintiff's complaint on May 21, 2001;

**WHEREAS**, Profile has need to amend its answer to plaintiff's complaint to add certain counterclaims alleging breach of contract, promissory estoppel and misrepresentation; and

**WHEREAS**, pursuant to the Pretrial Scheduling Order in the above-captioned matter requires that all motions to amend pleadings be served by October 1, 2001;

**NOW THEREFORE**, it is stipulated by the parties, through their undersigned counsel and pursuant to Fed. R. Civ. P. 15(a), that Profile shall be permitted to amend its answer to plaintiff's complaint to the form attached hereto.



09/26/2001 17:16 FAX 612 339 2723 LOCKRIDGE GRINDAL NAUEN 003

Dated: September 26, 2001

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: ______________________
Eric C. Tostrud (#213548)
Gregory J. Myers (#287398)
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

**ATTORNEY FOR DEFENDANT PROFILE FOODS, INC. AND JOHN SPENCE**

Dated: September 27, 2001

COLEMAN, Hull & Van Vliet

By: ______________________
Timothy R. Duncan (#180658)
Eric R. Helberg (#268203)

8500 Normandale Lake Blvd.
Suite 2110
Minneapolis, MN 55437
Telephone: (952) 841-0001

**ATTORNEY FOR PLAINTIFF T. BRYAN'S WORLD FAMOUS SOUP COMPANY**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

T. Bryan's World Famous Soup Company,

Plaintiff,

v.

Profile Foods, Inc. and John Spence,

Defendants.

No. 01-CV-735 JMR/FLN

**AFFIDAVIT OF SERVICE**

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Susan J. Hertogs, being first duly sworn on oath, deposes and states that on the 1st day of October, 2001 she caused to be served via U.S. mail a copy of the following:

1. Stipulation for Leave to Serve and File Amended Answer and Counterclaim, and
2. proposed Order.

upon Timothy R. Duncan, Coleman, Hull & Van Vliet, PLLP, 8500 Normandale Lake Boulevard, Suite 2110, Minneapolis, MN 55437, 952-841-0041.

[signature]
Susan J. Hertogs

Subscribed and sworn to before me this 1st day of October, 2001.

[signature]
Notary Public

BARBARA R. GILLES
Notary Public
Minnesota
My Commission Expires Jan 31, 2005

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500