UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

T. Bryan's World Famous Soup Company,

Plaintiff,

v.

Profile Foods, Inc. and John Spence,

Defendants.

No. 01-CV-735 JMR/FLN

**ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to the attached Stipulation of Dismissal with Prejudice executed by counsel, **IT IS ORDERED** that the above-captioned proceeding is hereby **DISMISSED WITH PREJUDICE**, without attorney's fees, costs, or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: March 6, 2002

Hon. James M. Rosenbaum
United States District Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

T. Bryan's World Famous Soup Company,

Plaintiff,

v.

Profile Foods, Inc. and John Spence,

Defendants.

No. 01-CV-735 JMR/FLN

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

WHEREAS, the above-entitled matter having been fully settled and resolved,

NOW, THEREFORE, it is hereby stipulated and agreed by and between plaintiff T. Bryan's World Famous Soup Company and defendants Profile Foods, Inc. and John Spence, through their attorneys, that the above-entitled matter may be dismissed with prejudice and without cost to any of the parties;

IT IS FURTHER STIPULATED AND AGREED that the Court may enter an Order dismissing the matter with prejudice and without cost to any of the parties, without further notice to any of the parties.

Dated: 2/25, 2002

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: [signature]
Eric C. Tostrud
Gregory J. Myers
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401

ATTORNEYS FOR DEFENDANTS
PROFILE FOODS, INC. AND
JOHN SPENCE

Dated: 2/8, 2002

COLEMAN, HULL & VAN VLIET, PLLP

[signature]
Timothy R. Duncan, Esq.

8500 Normandale Lake Boulevard
Suite 2110
Minneapolis, MN 55437

ATTORNEY FOR PLAINTIFF
T. BRYAN WORLD FAMOUS SOUP
COMPANY

297613- 1